IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CASE NO: 4:05cr24-SPM

FATAI TAIWO,
a/k/a "Asa",

    Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on August 16, 2006, this Court entered a Preliminary Order Of Forfeiture against $1,259.00 in U.S. Currency; and

WHEREAS, on September 1, 2006, the United States of America caused to be published in the Tallahassee Democrat, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, and further notifying all third parties of their interest in said property, and

WHEREAS, no other persons or entities having an interest in the above-

referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

DONE AND ORDERED this 23rd day of October , 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge